NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT


MOHAMMAD M. CHATILA,              )
                                 )
          Appellant,             )
                                 )
v.                               )          Case No. 2D19-4562
                                 )
STATE OF FLORIDA,                )
                                 )
          Appellee.              )
                                 )
_____)

Opinion filed September 25, 2020.

Appeal from the Circuit Court for Polk
County; Keith P. Spoto, Judge.

Matthew P. Ferry of Lindsey & Ferry,
P.A.; and Margaret E. Kozan of
Margaret E. Kozan, P.A., Winter Park,
for Appellant.

Ashley Moody, Attorney General,
Tallahassee, and Linsey Sims-
Bohnenstiehl, Assistant Attorney
General, Tampa, for Appellee.


PER CURIAM.

          Affirmed.


CASANUEVA and ROTHSTEIN-YOUAKIM, JJ., and CASE, JAMES R., ASSOCIATE
SENIOR JUDGE, Concur.